**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christina G. Bisignaro<br>            <u>Debtor</u> | CHAPTER 7<br><br>BKY. NO. 16-14402 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of DiTech Financial LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York as trustee for the certificateholders of the, and index same on the master mailing list.

Re: Loan # Ending In: 0299

                                                  Respectfully submitted,

                                                  **/s/Joshua I. Goldman , Esquire**
                                                  Joshua I. Goldman, Esquire
                                                  Thomas Puleo, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 825-6306  FAX (215) 825-6406