Certificate Number: 03088-PAE-DE-028065955

Bankruptcy Case Number: 16-14402



03088-PAE-DE-028065955

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2016, at 2:10 o'clock PM CDT, Christina G Bisignaro completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 15, 2016            By:    /s/Doug Tonne

                                       Name:  Doug Tonne

                                       Title: Counselor